**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-2427

In Re: JOHN A. ADAMS,

Debtor.

JOHN A. ADAMS,

Plaintiff - Appellant,

versus

COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.,

Defendant - Appellee,

and

GEORGE W. LIEBMANN,

Party in Interest.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-00-1322-WMN, BK-99-5-0705-SD, AP-99-5276-SD)

Submitted:  February 22, 2001      Decided:  February 27, 2001

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

John A. Adams, Appellant Pro Se. Kevin Michael Schaeffer, COUNCIL, BARADEL, KOSMERL & NOLAN, P.A., Annapolis, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John A. Adams appeals from the district court's order affirming the bankruptcy court's orders (1) determining that his debt of attorney's fees were nondischargeable in his bankruptcy case, and (2) denying his motion for reconsideration. We have reviewed the record and the lower courts' opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Adams v. Council Baradel, Nos. CA-00-1322-WMN; BK-99-5-0705-SD; AP-99-5276-SD (D. Md. Oct. 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED